UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:23-CR-00047-JLS |
|---|---|
| Plaintiff, | ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| THOMAS V. GIRARDI, et al., | |
| Defendants. | **TRIAL DATE:** 08/06/2024 |
|  | **STATUS CONF:** 07/26/2024 |

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on March 21, 2024.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that:  (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance

would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued to August 6, 2024. The pretrial conference hearing is continued to July 26, 2024.

2. The Court orders the following pretrial deadlines:

    a. All pretrial motions shall be filed by June 21, 2024; oppositions shall be filed by July 5, 2024; and optional replies shall be filed by July 12, 2024.

    b. A hearing on pretrial motions shall occur on July 26, 2024, or a subsequent date set by the Court.

3. The time period of May 21, 2024 to August 6, 2024, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(1)(A), (h)(7)(A), (h)(7)(B)(i), and (B)(iv).

4. Pursuant to the parties' agreement, no further continuance shall be granted, absent good cause and the existence of new information not known as of the date of this Order.

5. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of

additional time periods from the period within which trial must commence.

    IT IS SO ORDERED.

| March 25, 2024 | *[signature]* |
|---|---|
| DATE | HONORABLE JOSEPHINE L. STATON |
| | UNITED STATES DISTRICT JUDGE |