UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CR 23-00047-JLS | Date | February 6, 2025 |

Present: The Honorable JOSEPHINE L. STATON, United States District Judge

Interpreter n/a

| Kelly Davis | Miranda Algorri | Scotty Paetty |
|---|---|---|
| Courtroom Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Thomas Vincent Girardi, | APP | WAIVED | | Charles Snyder, DFPD<br>Sam Cross, DFPD | X<br>X | X<br>X | |

**Proceedings:** STATUS CONFERENCE re 15-day extension of time

The matter is called and counsel state their appearances. Defendant's appearance has been waived. Telephonic appearances are made by Dr. Brianna Grover, Dr. Tracy Pennuto, and attorney Michael Severo.

The Court grants the 15-day extension of time as requested by FMC Butner. Report from FMC, Butner is due **March 12, 2025**, with email service to the Court, government counsel, and counsel for Mr. Girardi.

The Court orders the defendant transported back to California on **Thursday, February 20, 2025,** via secure medical air transport. The transportation shall be direct and completed within one day. Defendant may not be placed in custody or kept overnight at any facility. If, between now and the date of transport back to California, the United States Marshal becomes aware of any logistical difficulty with compliance with this Order, notice shall be provided to the Court promptly. Government counsel is ordered to serve this minute order on the United States Marshal Service.

Upon receipt of the Report from FMC, Butner, counsel shall meet and confer, and within five business days of receipt of the report, shall provide the Court with a proposed schedule for any briefing and/or hearing dates.

**cc: FMC, Butner (via CRD)**

: 20

Initials of Deputy Clerk KD