JOSEPH MCNALLY
Acting United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture & Recovery Section
SCOTT PAETTY (Cal. Bar No. 274719)
Assistant United States Attorney
Deputy Chief, Major Frauds Section
TARA VAVERE (Cal. Bar No. 279470)
Assistant United States Attorney
Asset Forfeiture & Recovery Section
   1100 United States Courthouse
   312 North Spring Street
   Los Angeles, California 90012
   Telephone: (213) 894-6269
   Facsimile: (213) 894-5901
   E-mail: Tara.Vavere@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>CHRISTOPHER KAZUO KAMON,<br><br>        Defendant. | No. CR 23-00024-JLS-1<br>    CR 23-00047-JLS-2<br><br>APPLICATION FOR ENTRY OF MONEY JUDGMENT OF FORFEITURE AGAINST DEFENDANT CHRISTOPHER KAZOU KAMON<br><br>Sentencing Date: April 11, 2025<br>Sentencing Time: 9:30 a.m. |

    Plaintiff United States of America, by its undersigned counsel, respectfully submits this application for entry of a Money Judgment of Forfeiture against defendant Christopher Kazuo Kamon ("defendant") in the sum of $3,100,000.00, pursuant to the plea agreement entered into between the government and defendant.  The proposed Money

Judgment of Forfeiture is lodged contemporaneously with this application.

On October 11, 2024, defendant entered a guilty plea in <u>United States v. Christopher Kazuo Kamon</u> Case No. 2:23-cr-00047-JLS, in which defendant pled guilty to Count Two of the Indictment, which charges defendant with Wire Fraud, in violation of 18 U.S.C. § 1343. In paragraph 2-m of the Plea Agreement, defendant agreed to the entry of a money judgment in the amount of $3,100,000.00, which defendant admits represents the proceeds of the violations described in the factual basis.  (Dkt. 398.)

Defendant's sentencing is scheduled for April 11, 2025, at 9:30 a.m.  Accordingly, pursuant to Rule 32.2(b)(4)(B) of the Federal Rules of Criminal Procedure, plaintiff requests that the Court enter the proposed Personal Money Judgment of Forfeiture at or before the time of sentencing and requests that entry of the money judgment of forfeiture be stated orally at sentencing and included by reference on defendant's judgment and commitment order. Fed. R. Crim. P. 32.2(b)(4).  ("The court must include the forfeiture when orally announcing the sentence or must otherwise ensure that the defendant knows of the forfeiture at sentencing," and "include the forfeiture order, directly or by reference, in the judgment.").  Fed. R. Crim. P. 32.2(b)(4)(B).

By virtue of the plea agreement and the admissions of the defendant, a money judgment of forfeiture is properly entered against the defendant.  The statutory basis for the forfeiture order is 18 U.S.C. § 981(a)(1)(C) (authorizing the forfeiture of proceeds of 18 U.S.C. § 641 and proceeds of specified unlawful activity, as that term is defined at 18 U.S.C. § 1956(c)(7)(D)) and 28 U.S.C. § 2461(c)

(authorizing the entry of criminal forfeiture orders, including money judgments, for violations of federal law for which forfeiture authority of any type is provided).

For the foregoing reasons, the government respectfully requests that this Court enter the proposed Money Judgment of Forfeiture.

Dated: March 19, 2025

Respectfully submitted,

JOSEPH MCNALLY
Acting United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture & Recovery Section
SCOTT PAETTY
Assistant United States Attorney
Deputy Chief, Major Frauds Section

   /s/
TARA. B. VAVERE
Assistant United States Attorney
Asset Forfeiture & Recovery Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA