Michael V. Severo, Esq. (SBN.: 072599)
**THE SEVERO LAW FIRM**
301 N. Lake Avenue, Ste. 945
Pasadena, CA 91101-4703
(626)844-6400
msevero@mvslaw.com

Attorneys for Defendant,
  CHRISTOPHER KAMON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER KAMON,<br><br>Defendant. | Case No.  23-CR-0024-JLS<br>           23-CR-0047-JLS-2<br><br>**[PROPOSED] ORDER RE:** *EX PARTE* **APPLICATION FOR ORDER THAT DEFENDANT CHRISTOPHER KAMON'S EXHIBITS TO HIS SENTENCING MEMORANDUM BE FILED UNDER SEAL**<br><br>Hearing Date:  April 11, 2025<br>Hearing Time:   9:30 a.m.<br>Courtroom 8A, First Street Courthouse<br>Hon. Josephine L. Staton |

For good cause shown, **IT IS HEREBY ORDERED** that Exhibits A through I to Defendant Christopher Kamon's Sentencing Memorandum as listed below:

1. Exhibit A – Reports Re: Christopher Kamon's Proffers
2. Exhibit B – Copies of Girardi & Keese's IRS Forms 8879-E from 2014-2019
3. Exhibit C – Excerpt of a Report Re: FBI interview with George Hatcher
4. Exhibit D – Report Re: FBI Interview with Kimberly Archie
5. Exhibit E - List of Cases referred to Lawyers for Justice

6. Exhibit F – List of Checks and Wires from Lawyers for Justice to Christopher Kamon
7. Exhibit G – List of Payments made from Girardi & Keese to Victims
8. Exhibit H – Report Re: FBI Interviews with Isidro Bravo
9. Exhibit I – Report Re: FBI Interview with Shirleen Fujimoto

Are hereby sealed and kept separate from the public file until further order of this court.

Dated:_____

Hon. Josephine L. Staton
U.S. District Court Judge