UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CHRISTOPHER KAZUO KAMON,<br><br>　　　　Defendant. | No. CR 23-24-JLS<br>　　　CR 23-47-JLS-2<br><br>ORDER SEALING DOCUMENT |

　　　For good cause shown, IT IS HEREBY ORDERED THAT:

　　　The document attached as Exhibit 1 to the Declaration of Scott Paetty in support of sentencing in the above-titled cases be kept under seal until the government determines it is necessary to disclose pursuant to its discovery obligations.

　　　IT IS SO ORDERED.

April 1, 2025
DATE

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

Presented by:

____/s/_____
SCOTT PAETTY
Assistant United States Attorney