March 31, 2025
Character Statement for Christopher Kamon (30490510)

To Whom It May Concern:

I am writing to you as the sister of Christopher Kamon, who is scheduled for sentencing regarding his involvement of wire fraud. I am fully aware of the gravity of the situation, and I do not wish to minimize the current situation. However, I would like to offer a perspective on his character that I hope will be considered during sentencing.

Christopher is my only living immediate family member. Growing up in California had its challenges, but there was always a sense of family. As a child, he was kind-hearted and always looked out for others. He wanted to be successful and give everything to everyone, especially our parents. Growing up, our family struggled financially; however, we never went without food or love. We experienced hardship like many, relocated several times due to eviction, reposed vehicles, and power shutoff on more than one occasion, but through it all my parents continued to provide what they could and instilled a strong work ethic within us. Chris being the compassionate person he was, strove to provide for our parents what they could not provide for us growing up. He always wanted to give them an easier life than the one we grew up in.

I have read and seen what has been said in the media regarding my brother and the lifestyle he lived, but he is not the type of person to take advantage of anyone. We grew up with the same rules and expectations and I truly believe he would not take any action out of malice. I truly do not believe he acted independently; however, I do believe he was misguided and naive to the gravity of the situation and was unaware of any adverse activities because he blindly trusted everyone. I do not believe his actions were driven by evil or disregard for the law, but rather a desire for success. As I am sure you are aware, Christopher began at Girardi and Keese in an entry level position at the bottom of the hierarchy, but through hard work and dedication to the law firm, he worked his way up.

While the consequences of his actions cannot be undone, I ask that you take into consideration his remorse and commitment to be an upstanding citizen and the fact that he has no support network aside from me, and I him. Christopher Kamon is genuinely a good, thoughtful person and as stated previously, my only living immediate family, we lost both of our parents in 2021. He is my children's only blood related uncle, whom they have not seen in over two years. Given the opportunity, my hope is that a sentence reflecting both accountability and the chance for him to contribute positively to society will allow him to demonstrate the productive caring individual he is. I miss him terribly and just want my family together.

Sincerely,

Jamie Kamon

Feb 1, 2025

Dear Judge Staton,

I am writing this letter to you in order to plead for your leniency in handing down my cousin Christopher Kamon's sentence.

My name is Stu Wong and I am Chris' first cousin. Chris and I grew up together and remain like brothers to this day. He made mistakes, but he is a good person in his heart. It's painful to me that he is in this terrible situation, but I know he is the type of person who takes full responsibility for his actions.

Chris grew up in a loving family. His Mom and Dad were wonderful. However, unfortunately, his parents went through tough financial times as he grew up. His Mom and Dad worked hard but they never caught a break. They lost their house and eventually worked tirelessly selling fruit snacks at farmers markets. His parents gave all they had to their kids. Obviously, Chris saw all of this and I know it affected him greatly.

As he grew into an adult, he placed taking care of his parents as his sole focus. He wanted to give them a good life with everything they never had. He never took this responsibility lightly and it truly encompassed his entire life. I remember my Mother, Chris' Dad's older sister, having conversations with him about living his own life and not letting his parent's burdens become his own. However, Chris took everything upon himself. And he took care of his parents until the very end.

I know Chris has pleaded guilty to unthinkable things. He is one of the most kind and generous individuals I have ever known. Everything he did he did for others. I respectfully ask you to consider leniency in his sentencing.

Thank you,

Stuart Wong
Christopher Kamon's cousin
San Carlos, CA

Feb 20, 2025

Dear Judge Staton,

I am writing this letter to respectfully ask for your leniency in handing down Christopher Kamon's sentence.

My name is Masako Wong and I am married to Christopher's first cousin Stuart. I have known Chris for over 30 years and he is like a brother to me.

Chris is the type of person who is always thinking of others before himself. This is his true character. The most important people in his life were his parents and he would do anything to help them. He personally cared for both his Mom and Dad, who had health issues and lived in Nevada, going back and forth almost every week. He cared about them more than himself.

I also know him as the first one to help us when we needed anything. The first one to fly up to the Bay Area where we live when my daughter was born (he flew up that same day). As long as I have known him he has always been more giving to others than to himself. Whenever my parents visit the U.S. from Japan, Chris always goes out of his way to do whatever he can for them.

This is his first offense and I know he is truly sorry for his actions. My husband and I truly believe he was trying to provide for his parents, family and friends. Nothing was ever for himself.

I respectfully request leniency in his case.

Thank you,

*Masako Wong*

Masako Wong
Wife of Stuart Wong, Christopher Kamon's cousin

San Carlos, CA

Patrick Wong

Lafayete, CA

To Whom It May Concern:

I am a cousin of Christopher K. Kamon. Though he had resided in Southern California and myself in Northern California, our families would connect multiple times every year growing up. Secondly, throughout our childhood we would spend summers and holidays together; this would even be through our teenage and college timespan.

If I can sum him up in one word, it would be heart. When he believes in something, there is nothing that would stop him from giving everything to it. This trait carries over to the people around him. If he believed in someone, then he believed in them 120%, that's it… no question. I remember this one time, a close friend of his was trying to start a flower shop. She needed a cooler room in the space, but could not afford it. Chris single-handedly built an entire built-in wood cooler. Didn't even know how to build one, bought a book and figured it out! Did not ask to be paid or ask for any reimbursement for materials, nothing, not even a thank you. His friend needed it, he believed in her, nothing else needed to be said.

This trait, dare I say, attribute of focus, is passionate, but can lead to irrational and impulsive decisions. I feel that Chris got caught up in an ebb and flow of a system that did not care for him as a person, and his "horse blinder" mentality got the best of him and his situation.

I want to thank you for your time in reading this. It is my understanding that he has pleaded guilty on the charges against him and justice will be administered. I hope that his time already served will be heavily considered and that his sentencing will be fair, but minimal.

Sincerely,

[signature]

April 1, 2025

Dear Judge Straton,

I am writing this letter to you to plead for your leniency in handing down Christopher Kamon's sentence.

My name is Jason Fukuman and although Chris and I are not blood related, he is extended family and Chris would always treat me as if I was his younger brother. As a child, I looked up to him, which makes seeing his current situation and writing this letter more painful. Chris has always been caring and would go above and beyond to help those around him. He has made mistakes, but he is the type of person that owns up to his actions and ensured that I did the same as I became an adult.

Chris was an encouragement to me as he experienced similar things growing up, such as parents' financial issues and being the caretaker for his parents. Seeing how much Chris devoted his life to giving his parents a good life and the countless lectures he gave me on how to better take care of my parents, showed he didn't take caring for his parents or anyone else lightly. Many times he would take it upon himself to help me out even though there was no obligation to, which just showed how caring he was. Throughout my relationship with Chris, all of his actions were from an intent to care for others especially his parents. There were many times he would find out I didn't ask him for help and would be upset with me because I didn't allow him help to me.

I humbly and respectfully ask you consider leniency in his sentencing. Chris is one of the most generous people I know and has a very caring heart.

Thank you,

Jason Fukuman
Chris's extended family
Gardena, CA

March 30, 2025

Gene Lee

████████

Irvine, CA ████

████████████████

████████

To whom it may concern,

My name is Gene Lee and I have been friends with Chris Kamon for over 30 years. I am a CPA responsible for public financial reporting and accounting policies for a global corporation headquartered in the Los Angeles area. I am writing this letter to provide a character reference for Chris.

I met Chris during our freshman year at UC Santa Barbara. We were roommates in the dormitories during the second half of our freshman year and our sophomore year in an off campus apartment. I ultimately transferring to UCLA for my junior year of college but Chris and I remained friends ever since.

Chris has always been a caring and loyal friend. When we were dealing with my father's cancer, Chris was always there to support me and my family during that difficult time. Ultimately when my father passed, Chris was one of the pallbearers I chose for my father's service because of the his friendship and support he gave to our family. It saddens me to see the situation Chris is currently in now. But I only know Chris to be the good hearted, loyal, and supportive person, especially for friends and family.

I respectfully ask for any leniency that can be given to Chris.

Respectfully,

*[signature]*

Gene Lee

Robert John Rios



Lomita, CA

March 31, 2025

To Whom it May Concern,

I have had the pleasure of knowing Chris since high school, class of 1991. Chris is responsible for me graduating college. It was he who took his time to tutor me in Algebra 2. He taught me a valuable lesson in life, those who do not seek out the help they need are far too prideful for their own good. The ongoing theme with Chris that I have known firsthand, as well as discussions with our friends, Chris was always willing to donate his time to help others. Moving, tutoring, fishing trips to our local beaches in the middle of the night - Chris was there for you. I always knew he was one phone call away, no questions asked. No matter how busy our lives are or the distance between us, he was as dependable as you would ever want a friend to be.

I believe Chris has an innate ability to teach. He would be the teacher who could change the direction in a child's or adult's life for the better. He does not judge, he just helps, he may laugh about it with you later though.

I can only hope that this may provide you with another perspective on Chris. I know he has the ability to help others in a way that most of us do not. If given an opportunity, I believe he could tutor others and maybe like me, help them graduate college, high school, adult school. He has a gift our world so desperately needs at this moment. I hope his sentencing will be able to incorporate and remind him of the person we all know him to be.

Sincerely,
Robert John Rios

**From:** shawn tamura
**To:** Michael Severo
**Subject:** Christopher Kamon
**Date:** Monday, March 31, 2025 7:52:35 AM

You don't often get email from stamura@yahoo.com. Learn why this is important

To Whom it May Concern,

I've know Christopher Kamon about 30 years. We first met when he was a high school math teacher and working the weekends with his parents. The person I know is the guy that is always there for family and friends. He is the one person you can call at anytime and he would show up to help or show support. Even as my family grew and we saw each other less and less he was always available for me and most importantly for my family.

Regards,
Shawn Tamura