Michael V. Severo, Esq. (SBN.: 072599)
**THE SEVERO LAW FIRM**
301 N. Lake Avenue, Ste. 945
Pasadena, CA 91101-4703
(626)844-6400
msevero@mvslaw.com

Attorneys for Defendant,
   CHRISTOPHER KAMON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>CHRISTOPHER KAMON,<br><br>            Defendant. | Case No. 23-CR-0024-JLS<br>              23-CR-0047-JLS-2<br><br>***EX PARTE* APPLICATION FOR ORDER THAT DEFENDANT CHRISTOPHER KAMON'S LETTER TO THE COURT BE FILED <u>UNDER SEAL</u>; [PROPOSED ORDER]**<br><br>Hearing Date:  April 11, 2025<br>Hearing Time:  9:30 a.m.<br>Courtroom 8A, First Street Courthouse<br>Hon. Josephine L. Staton |

     Defendant, CHRISTOPHER K. KAMON, hereby applies to this court for an order sealing his Letter to the Court pursuant to this Court's Local Rules Re: Under Seal Filings in Criminal Cases.

     This application is made upon the grounds that the letter contains private and personal information regarding family members the public disclosure of which may prejudice the parties in the within litigation. Furthermore, the letter includes references to conversations between defendant and his previous counsel of record, which should not be made public.

     Plaintiff, UNITED STATES OF AMERICA, has agreed to have the letter sealed.

This application seeks to comply with the rules of this Court.

Dated: April 4, 2025                                THE SEVERO LAW FIRM

                                         By   /s/ *Michael V. Severo*
                                              Michael V. Severo
                                              Attorney for Defendant,
                                              CHRISTOPHER KAMON

# DECLARATION OF MICHAEL V. SEVERO

I, Michael V. Severo, hereby declare as follows:

1. I am counsel of record for Defendant Christopher K. Kamon.

2. Defendant's letter to the court contains private and personal information regarding family members that could prove embarrassing to him and his family members.

3. Furthermore, the letter includes references to conversations between defendant and his previous counsel of record, which should not be made public.

4. On March 28, 2025, counsel for the Government indicated that it did not object to having this letter filed under seal.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 4, 2025, at Pasadena, California.

/s/ *Michael V. Severo*
Michael V. Severo, Declarant