Michael V. Severo, Esq. (SBN.: 072599)
**THE SEVERO LAW FIRM**
301 N. Lake Avenue, Ste. 945
Pasadena, CA 91101-4703
(626)844-6400
msevero@mvslaw.com

Attorneys for Defendant,
CHRISTOPHER KAMON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>CHRISTOPHER KAMON,<br><br>         Defendant. | Case No. 23-CR-00047-JLS-2<br><br>**CERTIFICATE OF COMPLIANCE RE: DEFENDANT CHRISTOPHER KAMON'S OBJECTION TO GOVERNMENT'S BREACH OF THE PLEA AGREEMENT**<br><br>**[LOCAL RULE 11-6.2]**<br><br>Hearing Date:  April 11, 2025<br>Hearing Time:  9:30 a.m.<br><br>Courtroom 8A, First Street Courthouse<br>Hon. Josephine L. Staton |

On April 4, 2025, Defendant CHRISTOPHER KAMON filed his *Objection To Government's Breach Of The Plea Agreement* (Docket No. 471). This document is inadvertently missing the Certificate of Compliance as required by Local Rule 11-6.2.

Defendant CHRISTOPHER KAMON hereby submits the missing Certificate of Compliance.

Dated: April 11, 2025

                                THE SEVERO LAW FIRM

                                By  /s/ *Michael V. Severo*
                                Michael V. Severo
                                Attorney for Defendant,
                                CHRISTOPHER KAMON

1

## CERTIFICATE OF COMPLIANCE

I, Michael V. Severo, counsel of record for Defendant Christopher K. Kamon, hereby certify that the memorandum of points and authorities for *Defendant Christopher Kamon's Objection To Government's Breach Of The Plea Agreement*, filed at Docket Entry 471, contains 1,613 words, which complies with the word limit of L.R. 11-6.1.

Dated:  April 11, 2025                                 THE SEVERO LAW FIRM

                                                  By     /s/  *Michael V. Severo*
                                                    Michael V. Severo
                                                    Attorney for Defendant
                                                        CHRISTOPHER KAMON

**THE SEVERO LAW FIRM**
301 N. LAKE AVENUE, STE. 315 ♦ PASADENA, CA 91101