Michael V. Severo, Esq. (SBN.: 072599)
**THE SEVERO LAW FIRM**
301 N. Lake Avenue, Ste. 945
Pasadena, CA 91101-4703
(626)844-6400
msevero@mvslaw.com

Attorneys for Defendant,
　CHRISTOPHER KAMON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CHRISTOPHER KAMON,<br><br>　　　　　　Defendant. | Case No.  23-CR-00047-JLS-2<br><br>**CERTIFICATE OF COMPLIANCE RE: DEFENDANT CHRISTOPHER KAMON'S *REPLY* TO GOVERNMENT'S OPPOSITION RE BREACH OF THE PLEA AGREEMENT**<br><br>**[LOCAL RULE 11-6.2]**<br><br>Hearing Date:　April 11, 2025<br>Hearing Time:　9:30 a.m.<br><br>Courtroom 8A, First Street Courthouse<br>Hon. Josephine L. Staton |

　　　On April 9, 2025, Defendant CHRISTOPHER KAMON filed his *Reply To Government's Opposition Re Breach Of The Plea Agreement* (Docket No. 480). This document is inadvertently missing the Certificate of Compliance as required by Local Rule 11-6.2.

　　　Defendant CHRISTOPHER KAMON hereby submits the missing Certificate of Compliance.

Dated:  April 11, 2025

　　　　　　　　　　　　　　　　　　　THE SEVERO LAW FIRM

　　　　　　　　　　　　　　　By　/s/ *Michael V. Severo*
　　　　　　　　　　　　　　　　　Michael V. Severo
　　　　　　　　　　　　　　　　　Attorney for Defendant,
　　　　　　　　　　　　　　　　　CHRISTOPHER KAMON

# CERTIFICATE OF COMPLIANCE

I, Michael V. Severo, counsel of record for Defendant Christopher K. Kamon, hereby certify that the memorandum of points and authorities for *Defendant Christopher Kamon's Reply To Government's Opposition Re Breach Of The Plea Agreement*, filed at Docket Entry 480, contains 1,632 words, which complies with the word limit of L.R. 11-6.1.

Dated: April 11, 2025                    THE SEVERO LAW FIRM

By   /s/  *Michael V. Severo*
       Michael V. Severo
       Attorney for Defendant
          CHRISTOPHER KAMON