UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| Case No. | CR 23-00024-JLS-1<br>CR 23-00047-JLS-2 | Date | April 11, 2025 |
|---|---|---|---|

| Present: The Honorable | JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | n/a |

| Kelly Davis | CourtSmart | Scott Paetty |
|---|---|---|
| *Courtroom Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Christopher Kazuo Kamon | X | X | | Michael Severo, retd | X | | X |

**Proceedings:** SENTENCING

    The matter is called and counsel state their appearances. Sentencing hearing held.   Refer to separate Judgment and Commitment Order.

 

                                                                                                                   1        0

Initials of Deputy Clerk   kd