BILAL A. ESSAYLI
United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
SCOTT PAETTY (Cal. Bar No. 274719)
Assistant United States Attorney
Deputy Chief, Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6527
     Facsimile: (213) 894-6269
     E-mail:    scott.paetty@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:23-CR-00024-JLS |
|---|---|
| Plaintiff, | 2:23-CR-00047-JLS-2 |
| v. | STIPULATION FOR ORDER CORRECTING ERROR IN THE JUDGMENT AND FOR ENTRY OF AMENDED JUDGMENT |
| CHRISTOPHER KAZUO KAMON, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Scott Paetty, and defendant Christopher K. Kamon ("defendant"), both individually and by and through his counsel of record, Michael Severo, hereby stipulate as follows:

1.   On April 11, 2025, the Court sentenced defendant with respect to two cases, CR 23-00024-JLS and CR 23-00047-JLS-2; one Judgment was prepared that included both cases.

2.   For CR 23-0047-JLS-2, the total amount of restitution that defendant was ordered to pay was $2,310,247.26; four victims were identified.  On page two of the Judgment, the Court broke down the amounts of restitution by victim:

| Victim | Amount |
| --- | --- |
| J.S. | $34,294.55 |
| J.H's Bankruptcy Trustee | $35,000.00 |
| E.S. and A.M. | $978,967.34 |
| V.A. | $1,261,985.34 |

However, the total of those four figures is $2,310,247.23 -- which is three cents less than the total amount of restitution set forth for CR 23-00047-JLS-2 on the first page of the Judgment.[1]

3.   On April 22, 2025, a member of the Clerk's Office, Fiscal Department ("Fiscal") informed the government that the three-cent discrepancy is a material error.  If the figure for the total amount of restitution ordered is not the same as the total amount of restitution ordered when broken down by victim, then Fiscal will be unable to disburse any funds that the government will collect from defendant to any victim listed in CR 23-00047-JLS-2.

4.   It appears that the discrepancy occurred because of a typographical error:  For victims E.S. and A.M., the amount of restitution recommended in the PSR was $978,967.37 (Dkt. 456, at ¶ 203).  The recommended restitution figure for E.S. and A.M. is three cents greater than what is reflected in the Judgment.

---

[1] The total amount of restitution reflected for CR 23-00024-JLS, $6,593,077, was not erroneous, and will not be discussed further in this stipulation.

2

5. Thus, the Court is respectfully requested to order that the Judgment be amended, pursuant to Fed. R. Crim. P. 35(a) or, alternatively, Fed. R. Crim. P. 36, to reflect that the amount of restitution applicable to E.S. and A.M. in CR 23-00047-JLS-2 is $978,967.37. A proposed order is lodged herewith. The Clerk is also respectfully requested to enter an amended judgment that includes the corrected figure.

IT IS SO STIPULATED.

Dated: April 23, 2025         Respectfully submitted,

                              BILAL A. ESSAYLI
                              United States Attorney

                              LINDSEY GREER DOTSON
                              Assistant United States Attorney
                              Chief, Criminal Division


                              _____/s/_____
                              SCOTT PAETTY
                              Assistant United States Attorneys

                              Attorneys for Plaintiff
                              UNITED STATES OF AMERICA


Dated: April 23, 2025         THE SEVERO LAW FIRM

                              By  /s/ *Michael V. Severo*
                               (per email authorization)
                                MICHAEL V. SEVERO
                                Attorney for Defendant C. KAMON