UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 18 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>CHRISTOPHER KAZUO KAMON,<br><br>　　　　Defendant - Appellant. | No. 25-2682<br><br>D.C. No.<br>2:23-cr-00047-JLS-2<br>Central District of California,<br>Los Angeles<br><br>ORDER |
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>CHRISTOPHER KAZUO KAMON,<br><br>　　　　Defendant - Appellant. | No. 25-2685<br>D.C. No.<br>2:23-cr-00024-JLS-1<br>Central District of California,<br>Los Angeles |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

　　The motion (Docket Entry No. 13) to file the motion to proceed in forma pauperis and for appointment of counsel under seal is granted. The clerk will maintain under seal the motion to seal and supporting documents at Docket Entry No. 13, and the motion to proceed in forma pauperis and for appointment of counsel at Docket Entry No. 14.

　　The motion (Docket Entry No. 14) to proceed in forma pauperis is granted.

Retained counsel Michael V. Severo's motion (Docket Entry No. 14) to withdraw as counsel of record and appoint counsel for these consolidated appeals is granted.

Within 14 days of identifying counsel, the appointing authority for the Central District of California is requested to send counsel's contact information to counselappointments@ca9.uscourts.gov.

Counsel must order the transcript by December 12, 2025. The transcript is due January 12, 2026. The opening brief is due February 23, 2026. The answering brief is due March 25, 2026. The optional reply brief is due 21 days after the answering brief is served.

The clerk will serve this order on former counsel and appellant individually.